JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JESUS RESENDIZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST AMERICAN FINANCIAL CORPORATION, et al.,<br><br>Defendants. | Case No. 8:19-cv-01137 DSF (Ex)<br><u>CLASS ACTION</u><br><br>[~~PROPOSED~~] **ORDER APPROVING JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE BY PLAINTIFF JESUS RESENDIZ PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

///

///

///

1        Having reviewed the parties' Joint Stipulation of Voluntary Dismissal With Prejudice by Plaintiff Jesus Resendiz ("Plaintiff") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) ("Stipulation"), the Court now Orders as follows:

1. The above-captioned action shall be dismissed with prejudice;
2. Each party shall bear its own attorneys' fees, costs, and/or expenses; and
3. Notwithstanding such dismissal, plaintiff shall retain all rights, if any, as an absent putative class member to recover as such from any class-action settlement with, or judgment entered against, any defendant in the related cases currently pending before this Court, or the two related state-court proceedings (*Weldon v. First American Title Co.*, No. 30-2019-01077622-CU-NP-CXC (filed June 18, 2019) and *Latta v. First American Financial Corp.*, No. 30-2019-01077622-CU-NP-CXC (filed June 24, 2019)) to which defendants reserve all defenses, including but not limited to whether any putative class should ever be certified.

Dated: October 22, 2019

*[signature: Dale S. Fischer]*

THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

- 1 -

US_Active\113462270\V-1